IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **SEALED**<br><br>No. 4:24-CR- 69<br>Judge  JORDAN |
| v. | | |
| STEVEN MARK MOORE (02) | | |

## INDICTMENT

The United States Grand Jury Charges:

### COUNT ONE

Violation: 18 U.S.C. § 933(a)(2), (3)
(Trafficking in Firearms;
Conspiracy and Attempt)

From on or about August 1, 2022, and continuing up to and including the date of the filing of this indictment, in the Eastern District of Texas and elsewhere,



STEVEN MARK MOORE (02)

Defendants, did knowingly conspire and agree with each other and with others known and unknown to the United States Grand Jury to receive or attempt to receive, in and affecting interstate commerce, firearms, including but not limited to the following, to-wit: FN M249S 5.56 caliber rifles, Barrett, M82A1, .50 caliber rifles, Barrett M107A1 50 caliber rifles, AK47 rifles, FN SCAR rifles, and Century Arms International VSKA 762 rifles,

while knowing or having reasonable cause to believe that such receipt would constitute a felony (as defined in section 932(a)), in violation of Title 18, United States Code, Sections 933(a)(2), (3).

### COUNT TWO

Violation: 18 U.S.C. § 932(b)(2)
(Straw Purchasing of Firearms)

From on or about August 1, 2022, and continuing up to and including the date of the filing of this indictment, in the Eastern District of Texas and elsewhere,

STEVEN MARK MOORE (02)

defendants, did knowingly conspire with each other and others known and unknown to the United States Grand Jury to purchase firearms, including, but not limited to: FN M249S 5.56 caliber rifles, Barrett, M82A1, .50 caliber rifles, Barrett M107A1 .50 caliber rifles, AK47 rifles, FN SCAR rifles, and Century Arms International VSKA .762 rifles, in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of ███████████████, knowing or having reasonable cause to believe that ████████████████ intended to use, carry, possess or sell or otherwise dispose of the firearm in furtherance of a felony or a drug trafficking crime, in violation of Title 18, United States Code, Section 932(b)(2).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 924(d), 18 U.S.C. § 934, and 28

U.S.C. § 2461.

As the result of committing the offenses alleged in this Indictment, the defendants

shall forfeit to the United States:

a.   any firearms and ammunition involved or used in the commission of these offenses;

b.   any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and

c.   any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, including but not limited to:

██████████████

-ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL:  AM-15, CAL: MULTI, SN: 17089672
-HANDGUN, MNF:  SMITH & WESSON, TYPE:  PISTOL, MODEL:  SD40VE, CAL: 40, SN: FZJ9000
-KELTEC, CNC INDUSTRIES, INC., TYPE: RIFLE, MODEL:  SUB-2000, CAL: 40, SN: EPS13
-HANDGUN, MNF:  GLOCK GMBH, TYPE: PISTOL, MODEL:  21, CAL: 45, SN: SDF625
-ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL:  AM-15, CAL: MULTI, SN: 21312609
-SHOTGUN, MNF:   HARRINGTON AND RICHARDSON, TYPE: SHOTGUN, MODEL:  DELUXE TOPPER 488, CAL: 410, SN: 2676576
-DPMS INC.(DEFENSE PROCUREMENT MFG. SERVICES), TYPE: RIFLE, MODEL: A15, CAL: 223, SN: FH247421
-HANDGUN, MNF:  SMITH & WESSON, TYPE: PISTOL, MODEL:  M&P M2.0, CAL: 9, SN: NBA0398
-HANDGUN, MNF:  SIG-SAUER, TYPE: PISTOL, MODEL:  P320, CAL: 9, SN: 58J256144
-HANDGUN, MNF:  GLOCK GMBH, TYPE: PISTOL, MODEL:  23, CAL: 40, SN: GST846
-MARLIN FIREARMS CO., TYPE: RIFLE, MODEL:  336W, CAL: 30-30, SN: 99050789
-ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL:  AM-15, CAL: MULTI, SN: 18096143

-HANDGUN, MNF: LORCIN ENGINEERING, TYPE: PISTOL, MODEL: L380, CAL: 380, SN: 143416

-SAVAGE ARMS INC. (CD), TYPE: RIFLE, MODEL: MARK II, CAL: 22, SN: 0156538

-SHOTGUN, MNF: REMINGTON ARMS COMPANY, INC., TYPE: SHOTGUN, MODEL: 1100, CAL: 16, SN: 483886W

-HANDGUN, MNF: SAUER, J. P. (SAUER & SOHN), TYPE: REVOLVER, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: 25112/3

-SAVAGE ARMS INC. (CD), TYPE: SHOTGUN, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: 551518

-SAVAGE ARMS INC. (CD), TYPE: RIFLE, MODEL: 62, CAL: 22, SN: 3457499

-REMINGTON ARMS COMPANY, INC., TYPE: RIFLE, MODEL: 742, CAL: 30-06, SN: A6930576

-HANDGUN, MNF: BERETTA, PIETRO S.P.A, TYPE: PISTOL, MODEL: 8045F MINI COUGAR, CAL: 45, SN: 106364MC

-HANDGUN, MNF: LEFEVER, TYPE: SHOTGUN, MODEL: NITRO SPECIAL, CAL: 12, SN: 192706

-SHOTGUN, MNF: ROSSI, TYPE: SHOTGUN, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: 4056

-MARLIN FIREARMS CO., TYPE: RIFLE, MODEL: 60W, CAL: 22, SN: 07394784

-HANDGUN, MNF: ROHM, TYPE: REVOLVER, MODEL: RG38, CAL: 38, SN: C104838

-KMP CLASSIC ARMS INC., TYPE: RIFLE, MODEL: 1919A4, CAL: 30, SN: 9159

███████████████████████

-HANDGUN, MNF: TISAS -TRABZON GUN INDUSTRY CORP., TYPE: PISTOL, MODEL: 1911A1 US ARMY, CAL: 45, SN: T0620-21Z19751

-F.N. (FN HERSTAL), TYPE: RIFLE, MODEL: SCAR 16S, CAL: 556, SN: L0C11002-

-PALMETTO STATE ARMORY, TYPE: RIFLE, MODEL: PSAK47, CAL: 762, SN: AKB083496

-PALMETTO STATE ARMORY, TYPE: RIFLE, MODEL: PSAK47, CAL: 762, SN: AKB085139

-PALMETTO STATE ARMORY, TYPE: RIFLE, MODEL: PSAK47, CAL: 762, SN: AKB084212

-F.N. (FN HERSTAL), TYPE: RIFLE, MODEL: SCAR 16S, CAL: 556, SN: LC14332

-SOVIET ARMS, LLC, TYPE: RIFLE, MODEL: SA-47, CAL: 762, SN: SA47002442

-SOVIET ARMS, LLC, TYPE: RIFLE, MODEL: SA-47, CAL: 762, SN: SA47005875

-PALMETTO STATE ARMORY, TYPE: RIFLE, MODEL: PSAK47, CAL: 762, SN: AKB086321

-F.N. (FN HERSTAL), TYPE: RIFLE, MODEL: SCAR 17S, CAL: 762, SN: H1C13876

-FNH USA, LLC, TYPE: RIFLE, MODEL: M249S, CAL: 556, SN: M249SA09181

-BARRETT FIREARMS MFG CO, TYPE: RIFLE, MODEL:  M107A1, CAL: 50 BMG, SN: AE010162

**Steven Mark Moore:**

-2019 Black Chevrolet Tahoe (LP: LHK9188)
-HANDGUN, MNF:  SIG SAUER (SIG-ARMS), TYPE: PISTOL, MODEL:  1911, CAL: 45, SN: 54H006611
-HANDGUN, MNF:  ARMSCOR OF THE PHILIPPINES (SQUIRES BINGHAM), TYPE: PISTOL, MODEL:  1911, CAL: 9, SN: RIA2548110
-HANDGUN, MNF:  KELTEC, CNC INDUSTRIES, INC., TYPE: PISTOL, MODEL: P17, CAL: 22, SN: G9D27
-HANDGUN, MNF:  RUGER, TYPE: REVOLVER, MODEL:  NEW MODEL BLACKHAWK, CAL: 327, SN: 35-23962
-HANDGUN, MNF:  GLOCK GMBH, TYPE: PISTOL, MODEL:  19, CAL: 9, SN: UVV834
-SHOTGUN, MNF: SAVAGE, TYPE: SHOTGUN, MODEL:  775, CAL: 12, SN: 579287
-SHOTGUN, MNF:  REMINGTON ARMS COMPANY, INC., TYPE: SHOTGUN, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: 100178
-SHOTGUN, MNF:  REMINGTON ARMS COMPANY, INC., TYPE: SHOTGUN, MODEL:  870, CAL: 12, SN: B135939M
-SHOTGUN, MNF:  REMINGTON ARMS COMPANY, INC., TYPE: SHOTGUN, MODEL:  VERSA MAX, CAL: 12, SN: RT06011A
-MARLIN FIREARMS CO., TYPE: RIFLE, MODEL:  336W, CAL: 30-30, SN: 95000126
-REMINGTON ARMS COMPANY, INC., TYPE: RIFLE, MODEL:  770, CAL: 7, SN: M72049399
-SHOTGUN, MNF:  MARLIN FIREARMS CO., TYPE: SHOTGUN, MODEL:  55, CAL: 12, SN: 25706878
-MARLIN FIREARMS CO., TYPE: RIFLE, MODEL:  995, CAL: 22, SN: 21448873
-HOWA, TYPE: RIFLE, MODEL:  1500, CAL: 243, SN: B078228
-AERO PRECISION, TYPE: RIFLE, MODEL:  X15, CAL: MULTI, SN: X332320
-REMINGTON ARMS COMPANY, INC., TYPE: RIFLE, MODEL:  700, CAL: 270, SN: G7141207
-DIAMONDBACK ARMS INC., TYPE: RIFLE, MODEL:  DB-15, CAL: MULTI, SN: DB2933992
-SAVAGE, TYPE: RIFLE, MODEL:  15, CAL: 22, SN: NONE
-SHOTGUN, MNF:  AKKAR SILAH SANAYI TIC. LTD., TYPE: SHOTGUN, MODEL: CHARLES DALY 600, CAL: 12, SN: 3107504
-RUGER, TYPE: RIFLE, MODEL:  AMERICAN, CAL: 65, SN: 690239560
-SHOTGUN, MNF:  SAVAGE, TYPE: SHOTGUN, MODEL:  STEVENS 94, CAL: 410, SN: NONE
-SMITH & WESSON, TYPE: RIFLE, MODEL:  M&P 15, CAL: 223, SN: 29129

-BALLISTIC ADVANTAGE, LLC, TYPE: RIFLE, MODEL:  DCP3, CAL: MULTI, SN: BA03890

-ZASTAVA, TYPE: RIFLE, MODEL:  Z-PAP M70, CAL: 762, SN: Z70-106554

-TORTORT MANUFACTURING, TYPE: RIFLE, MODEL:  GALIL, CAL: 556, SN: TGL3692

-RUGER, TYPE: RIFLE, MODEL:  AR-556, CAL: 556, SN: 854-91012

-CBC (COMPANHIA BRAZILIERA DE CARTUCHOS), TYPE: RIFLE, MODEL:  802, CAL: ZZ, SN: HHF044049

-MARLIN FIREARMS CO., TYPE: RIFLE, MODEL:  60, CAL: 22, SN: 19540010

-RUGER, TYPE: RIFLE, MODEL:  10/22, CAL: 22, SN: 241-67783

-SHOTGUN, MNF:  MOSSBERG, TYPE: SHOTGUN, MODEL:  500, CAL: 12, SN: R559862

-HANDGUN, MNF:  NORTH AMERICAN ARMS, TYPE: REVOLVER, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: HL1936

-HANDGUN, MNF:  SIG-SAUER, TYPE: PISTOL, MODEL:  P365, CAL: 9, SN: 66B474544

-HANDGUN, MNF:  SPRINGFIELD ARMORY,GENESEO,IL, TYPE: PISTOL, MODEL:  ULTRA COMPACT, CAL: 45, SN: N425386

-HANDGUN, MNF:  RUGER, TYPE: PISTOL, MODEL:  MARK IV, CAL: 22, SN: 401037073

-HANDGUN, MNF:  COLT, TYPE: PISTOL, MODEL:  COMBAT COMMANDER, CAL: 45, SN: FC25871E

-HANDGUN, MNF: RUGER, TYPE: PISTOL, MODEL: P85, CAL: 9, SN: 300-44098

-HANDGUN, MNF:  SIG-SAUER, TYPE: PISTOL, MODEL:  P365, CAL: 9, SN: 66F338615

-HANDGUN, MNF:  COLT, TYPE: PISTOL, MODEL:  COMBAT COMMANDER, CAL: 45, SN: FC25878E

-HANDGUN, MNF:  BERETTA, PIETRO S.P.A, TYPE: PISTOL, MODEL:  92X PERFORMANCE, CAL: 9, SN: BST28786

-HANDGUN, MNF:  RUGER, TYPE: PISTOL, MODEL:  SR22, CAL: 22, SN: 361-56059

-HANDGUN, MNF:  KIMBER, TYPE: PISTOL, MODEL:  RAPIDE, CAL: 45, SN: K858877

-HANDGUN, MNF:  SIG-SAUER, TYPE: PISTOL, MODEL:  P245, CAL: 45, SN: C010303

-HANDGUN, MNF:  SIG-SAUER, TYPE: PISTOL, MODEL:  P238, CAL: 380, SN: 27A028384

-HANDGUN, MNF:  HERITAGE MFG. INC., TYPE: REVOLVER, MODEL:  ROUGH RIDER, CAL: 22, SN: 1BH655682

OTHER: ELECTRONIC EQUIPMENT: COMPUTER EQUIPMENT, ONE CHROME BOOK LAPTOP

OTHER: ELECTRONIC EQUIPMENT: COMPUTER EQUIPMENT, 1 APPLE IPAD

COMPUTER EVIDENCE: CELL PHONE, PURPLE IPHONE TO MOORE

OTHER: ELECTRONIC EQUIPMENT: COMPUTER EQUIPMENT, APPLE IPAD
OTHER: ELECTRONIC EQUIPMENT: COMPUTER EQUIPMENT, 1 APPLE IPAD
-MACHINE GUN CONVERSION KIT, MNF: UNKNOWN MANUFACTURER, TYPE:
ANY OTHER WEAPON, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: NONE

A TRUE BILL

_____
GRAND JURY FOREPERSON

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

_____          Date: _____
MATTHEW T. JOHNSON
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **SEALED** |
| | § | |
| v. | § | No. 4:24-CR- |
| | § | Judge |
|  | § | |
| STEVEN MARK MOORE (02) | § | |
| | § | |
| | § | |
| | § | |

## NOTICE OF PENALTY

### Count One

Violation:        18 U.S.C. § 933(a)(2), (3), 933(b)

Penalty:        Imprisonment of not more than fifteen years, a fine not to exceed $250,000, or both; a term of supervised release of not more than three years.

Special Assessment: $ 100.00

### Count Two

Violation:        18 U.S.C. § 932(b)(2)

Penalty:        Imprisonment of not more than fifteen years, a fine not to exceed $250,000, or both; a term of supervised release of not more than three years.

If a violation of subsection (b) is committed knowing or with reasonable cause to believe that any firearm involved will be used to commit a [Federal or State] felony, a Federal crime of terrorism, or a drug trafficking crime, the person shall be sentenced to a term of imprisonment of not more than 25 years.

Special Assessment: $ 100.00