IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

UNITED STATES OF AMERICA     §
§
v.     §      No. 4:24-CR-69
§      Judge Jordan
STEVEN MARK MOORE (2)     §

**FACTUAL BASIS**

The defendant, STEVEN MARK MOORE, hereby stipulates and agrees that at all times relevant to the Indictment herein, the following facts were true:

1. That I, STEVEN MARK MOORE am pleading guilty to Count Two of the Indictment, 18 U.S.C. § 932(b)(2) (Straw Purchase of Firearms), and am the same person charged in the Indictment.

2. That the events alleged in the Indictment occurred in the Eastern District of Texas on or about the dates and places specified in the Indictment.

3. That from on or about August 1, 2022, and continuing up until the date of the filing of the Indictment, I knowingly agreed with others to commit the crime charged in the indictment, to wit: I conspired with others to purchase firearms, to wit: FN M249S 5.56 caliber rifles, Barrett, M82A1, -50 caliber rifles, Barrett M107A1 .50 caliber rifles, AK47 rifles, FN SCAR rifles, and Century Arms International VSKA .762 rifles.

4. The purchase of the firearms was on behalf of, or at the request or demand of another individual and I knew or had reasonable cause to believe that I intended to

Statement of Facts – Page 1

use, carry, possess, sell or otherwise dispose of the firearms in furtherance of a felony under Federal or State law, punishable by imprisonment for a term exceeding one year.

5. That said firearms listed in paragraph three above, had traveled in interstate or foreign commerce as defined by 18 U.S.C. § 921(a)(2).

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read or had read to me this factual basis in support of my plea agreement and the Indictment and have discussed them with my attorney. I fully understand the contents of this factual basis and agree without reservation that the United States can prove each of these acts and that it accurately describes my acts and the events as recited as I know them.

Dated: 8-18-25

MARK STEVEN MOORE
Defendant Steven Mark Moore
S M M

## DEFENSE COUNSEL'S SIGNATURE AND ACKNOWLEDGMENT

I have read this factual basis in support of plea agreement and the Indictment and have reviewed them with my client. Based upon my discussion with the defendant, I am satisfied that the defendant understands the factual basis as well as the Indictment, and is knowingly and voluntarily agreeing to these stipulated facts.

Dated: 8/18/25

ERICK PLATTEN
Attorney for Defendant

Statement of Facts – Page 2