IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:24CR69 |
| | § | Judge Jordan |
| STEVEN MARK MOORE (2) | § | |

## MOTION FOR A PRELIMINARY ORDER OF FORFEITURE

The United States respectfully requests that the Court issue a preliminary order of forfeiture in this case.  In support of its motion, the government states as follows:

1.      On April 11, 2024, the United States of America obtained an Indictment against defendant **Steven Mark Moore**.

2.      The Indictment included a Notice of Intention to Seek Criminal Forfeiture pursuant to 18 U.S.C. § 924(d), 18 U.S.C. § 934(d), and 28 U.S.C. § 2461.  The parties agreed to the forfeiture of the property below pursuant to a plea agreement as the property was used or intended for use to facilitate the offense described in the Indictment. At this time, the government would respectfully request a preliminary order for the following:

      a.    2019 Black Chevrolet Tahoe (LP: LHK9188), VIN:1GNSKBKCXKR254715

      b.    HANDGUN, MNF:  SIG SAUER (SIG-ARMS), TYPE: PISTOL, MODEL:  1911, CAL: 45, SN: 54H006611

      c.    HANDGUN, MNF:  ARMSCOR OF THE PHILIPPINES (SQUIRES BINGHAM), TYPE: PISTOL, MODEL:  1911, CAL: 9, SN: RIA2548110

**Motion for a Preliminary Order of Forfeiture – Page 1**

d.    HANDGUN, MNF:  KELTEC, CNC INDUSTRIES, INC., TYPE: PISTOL, MODEL:  P17, CAL: 22, SN: G9D27

e.    HANDGUN, MNF:  RUGER, TYPE: REVOLVER, MODEL:  NEW MODEL BLACKHAWK, CAL: 327, SN: 35-23962

f.    HANDGUN, MNF:  GLOCK GMBH, TYPE: PISTOL, MODEL:  19, CAL: 9, SN: UVV834

g.    SHOTGUN, MNF:  SAVAGE, TYPE: SHOTGUN, MODEL:  775, CAL: 12, SN: 579287

h.    SHOTGUN, MNF:  REMINGTON ARMS COMPANY, INC., TYPE: SHOTGUN, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: 100178

i.    SHOTGUN, MNF:  REMINGTON ARMS COMPANY, INC., TYPE: SHOTGUN, MODEL:  870, CAL: 12, SN: B135939M

j.    SHOTGUN, MNF:  REMINGTON ARMS COMPANY, INC., TYPE: SHOTGUN, MODEL:  VERSA MAX, CAL: 12, SN: RT06011A

k.    MARLIN FIREARMS CO., TYPE: RIFLE, MODEL:  336W, CAL: 30-30, SN: 95000126

l.    REMINGTON ARMS COMPANY, INC., TYPE: RIFLE, MODEL: 770, CAL: 7, SN: M72049399

m.    SHOTGUN, MNF:  MARLIN FIREARMS CO., TYPE: SHOTGUN, MODEL:  55, CAL: 12, SN: 25706878

n.    MARLIN FIREARMS CO., TYPE: RIFLE, MODEL:  995, CAL: 22, SN: 21448873

o.    HOWA, TYPE: RIFLE, MODEL:  1500, CAL: 243, SN: B078228

p.    AERO PRECISION, TYPE: RIFLE, MODEL:  X15, CAL: MULTI, SN: X332320

q.    REMINGTON ARMS COMPANY, INC., TYPE: RIFLE, MODEL: 700, CAL: 270, SN: G7141207

r.    DIAMONDBACK ARMS INC., TYPE: RIFLE, MODEL:  DB-15, CAL: MULTI, SN: DB2933992

**Motion for a Preliminary Order of Forfeiture – Page 2**

s. SAVAGE, TYPE: RIFLE, MODEL: 15, CAL: 22, SN: NONE

t. SHOTGUN, MNF: AKKAR SILAH SANAYI TIC. LTD., TYPE: SHOTGUN, MODEL: CHARLES DALY 600, CAL: 12, SN: 3107504

u. RUGER, TYPE: RIFLE, MODEL: AMERICAN, CAL: 65, SN: 690239560

v. SHOTGUN, MNF: SAVAGE, TYPE: SHOTGUN, MODEL: STEVENS 94, CAL: 410, SN: NONE

w. SMITH & WESSON, TYPE: RIFLE, MODEL: M&P 15, CAL: 223, SN: 29129

x. BALLISTIC ADVANTAGE, LLC, TYPE: RIFLE, MODEL: DCP3, CAL: MULTI, SN: BA03890

y. ZASTAVA, TYPE: RIFLE, MODEL: Z-PAP M70, CAL: 762, SN: Z70-106554

z. TORTORT MANUFACTURING, TYPE: RIFLE, MODEL: GALIL, CAL: 556, SN: TGL3692

aa. RUGER, TYPE: RIFLE, MODEL: AR-556, CAL: 556, SN: 854-91012

bb. CBC (COMPANHIA BRAZILIERA DE CARTUCHOS), TYPE: RIFLE, MODEL: 802, CAL: ZZ, SN: HHF044049

cc. MARLIN FIREARMS CO., TYPE: RIFLE, MODEL: 60, CAL: 22, SN: 19540010

dd. RUGER, TYPE: RIFLE, MODEL: 10/22, CAL: 22, SN: 241-67783

ee. SHOTGUN, MNF: MOSSBERG, TYPE: SHOTGUN, MODEL: 500, CAL: 12, SN: R559862

ff. HANDGUN, MNF: NORTH AMERICAN ARMS, TYPE: REVOLVER, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: HL1936

gg. HANDGUN, MNF: SIG-SAUER, TYPE: PISTOL, MODEL: P365, CAL: 9, SN: 66B474544

hh.    HANDGUN, MNF:  SPRINGFIELD ARMORY,GENESEO,IL, TYPE: PISTOL, MODEL:  ULTRA COMPACT, CAL: 45, SN: N425386

ii.    HANDGUN, MNF:  RUGER, TYPE: PISTOL, MODEL:  MARK IV, CAL: 22, SN: 401037073

jj.    HANDGUN, MNF:  COLT, TYPE: PISTOL, MODEL:  COMBAT COMMANDER, CAL: 45, SN: FC25871E

kk.    HANDGUN, MNF:  RUGER, TYPE: PISTOL, MODEL:  P85, CAL: 9, SN: 300-44098

ll.    HANDGUN, MNF:  SIG-SAUER, TYPE: PISTOL, MODEL:  P365, CAL: 9, SN: 66F338615

mm.    HANDGUN, MNF:  COLT, TYPE: PISTOL, MODEL:  COMBAT COMMANDER, CAL: 45, SN: FC25878E

nn.    HANDGUN, MNF:  BERETTA, PIETRO S.P.A, TYPE: PISTOL, MODEL:  92X PERFORMANCE, CAL: 9, SN: BST28786

oo.    HANDGUN, MNF:  RUGER, TYPE: PISTOL, MODEL:  SR22, CAL: 22, SN: 361-56059

pp.    HANDGUN, MNF:  KIMBER, TYPE: PISTOL, MODEL:  RAPIDE, CAL: 45, SN: K858877

qq.    HANDGUN, MNF:  SIG-SAUER, TYPE: PISTOL, MODEL:  P245, CAL: 45, SN: C010303

rr.    HANDGUN, MNF:  SIG-SAUER, TYPE: PISTOL, MODEL:  P238, CAL: 380, SN: 27A028384

ss.    HANDGUN, MNF:  HERITAGE MFG. INC., TYPE: REVOLVER, MODEL:  ROUGH RIDER, CAL: 22, SN: 1BH655682

tt.    OTHER: ELECTRONIC EQUIPMENT: COMPUTER EQUIPMENT, ONE CHROME BOOK LAPTOP

uu.    OTHER: ELECTRONIC EQUIPMENT: COMPUTER EQUIPMENT, 1 APPLE IPAD

**Motion for a Preliminary Order of Forfeiture – Page 4**

vv. COMPUTER EVIDENCE: CELL PHONE, PURPLE IPHONE TO MOORE

ww. OTHER: ELECTRONIC EQUIPMENT: COMPUTER EQUIPMENT, APPLE IPAD

xx. OTHER: ELECTRONIC EQUIPMENT: COMPUTER EQUIPMENT, 1 APPLE IPAD

yy. MACHINE GUN CONVERSION KIT, MNF:  UNKNOWN MANUFACTURER, TYPE: ANY OTHER WEAPON, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE

zz. Any ammunition related to case.

3. **Steven Mark Moore** entered a plea of guilty to Count Two of the Indictment, and specifically waived his right to notice of any forfeiture proceeding involving the above-described property and agreed not to file a claim or assist others in filing a claim against the property.  Furthermore, the defendant and his attorney agreed the government may file the motions for preliminary and final orders of forfeiture regarding the above-described property unopposed and may state in the certificate of conference that the defendant has no objection to the relief sought without having to contact the defendant or the defendant's attorney.

4. Pursuant to 28 U.S.C. § 2461(c), when a defendant is convicted of the offense giving rise to the forfeiture, and the forfeiture matter is pursued through the criminal case, the procedures set forth in 21 U.S.C. § 853 apply. Therefore, pursuant to 21 U.S.C. § 853(n)(1), Supplemental Rule G(4)(a)(iv)(C), and the Attorney General's authority to determine the manner of publication of an order of forfeiture in a criminal case, the United States shall publish for at least thirty (30) consecutive days at

**Motion for a Preliminary Order of Forfeiture – Page 5**

www.forfeiture.gov notice of this Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than Defendant, having or claiming a legal interest in the above-described forfeited property must file a petition with the court no later than sixty (60) days after the first day of publication on an official Internet government forfeiture site, or within thirty (30) days of receipt of direct notice, whichever is earlier.

5.      The government requests the Court forfeit the defendant's right, title, and interest in the above-described property pursuant to the plea entered by the defendant.

6.      Upon the issuance of a Preliminary Order of Forfeiture, the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property to be forfeited, and will publish notice at www.forfeiture.gov of the Court's Order and the United States' intent to dispose of the property to be forfeited in such manner as the Attorney General may direct.

## Conclusion

The government respectfully requests that the Court issue the proposed Preliminary Order of Forfeiture and forfeit to the government Defendant's interest in the aforementioned property.

**Motion for a Preliminary Order of Forfeiture – Page 6**

Respectfully submitted,

JAY R. COMBS
Acting United States Attorney

/s/ *Matthew T. Johnson*
MATTHEW T. JOHNSON
Assistant United States Attorney
600 East Taylor Street, Suite 2000
Sherman, Texas 75090
Texas Bar No. 24060033
(903) 868-9454
(903) 892-2792 (fax)
Matthew.Johnson@usdoj.gov

## CERTIFICATE OF CONFERENCE

The undersigned states that the defendant has no objection to the relief sought within this motion pursuant to the parties' plea agreement, in which they agreed that the government may file a motion for order of forfeiture and indicate within the certificate of conference that the defendant has no objection to the relief sought in the motion.

/s/ *Matthew T. Johnson*
MATTHEW T. JOHNSON

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served by electronic filing to opposing counsel on October 20, 2025.

/s/ *Matthew T. Johnson*
MATTHEW T. JOHNSON

**Motion for a Preliminary Order of Forfeiture – Page 7**