IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

UNITED STATES OF AMERICA     §
                          §
v.                            §      No. 4:24CR69
                          §      Judge Jordan
STEVEN MARK MOORE (2)     §

## MOTION FOR FINAL ORDER OF FORFEITURE

The government respectfully requests a Final Order of Forfeiture in this case.  In support thereof, the government states as follows:

1.      This Court entered a Preliminary Order of Forfeiture on November 5, 2025, forfeiting to the United States the defendant's interest in the following pursuant 18 U.S.C. § 924(d), 18 U.S.C. § 934(d), and 28 U.S.C. § 2461.

      a.  2019 Black Chevrolet Tahoe (LP: LHK9188), VIN:

         1GNSKBKCXKR254715.

2.      The government published notification of the Court's Preliminary Order of Forfeiture at www.forfeiture.gov for thirty consecutive days, advising all third parties of their right to petition the court within thirty days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

3.      No parties have filed any claims with respect to this property.

The government respectfully requests a Final Order of Forfeiture declaring the above forfeited as to the defendant and vesting right, title and interest in the property to

Motion for Final Order of Forfeiture – Page 1

the United States and directing the custodial agency to dispose of the property according to law.

Respectfully submitted,

JAY R. COMBS
United States Attorney

/s/ Matthew T. Johnson
MATTHEW T. JOHNSON
Assistant United States Attorney
600 East Taylor Street, Suite 2000
Sherman, Texas 75090
Texas Bar No. 24060033
(903) 893-1843
(903) 892-2792 (fax)
Matthew.Johnson@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served by electronic filing to opposing counsel on May 29, 2026.

/s/ Matthew T. Johnson
MATTHEW T. JOHNSON

## CERTIFICATE OF CONFERENCE

The undersigned states that the defendant has no objection to the relief sought within this motion pursuant to the parties' plea agreement, in which they agreed that the government may file a motion for order of forfeiture and indicate within the certificate of conference that the defendant has no objection to the relief sought in the motion.

/s/ *Matthew T. Johnson*
MATTHEW T. JOHNSON