IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:24CR69 |
| | § | Judge Jordan |
| STEVEN MARK MOORE (2) | § | |

## FINAL ORDER OF FORFEITURE

This Court entered a Preliminary Order of Forfeiture in the above-captioned matter on November 5, 2025, pursuant to 18 U.S.C. § 924(d), 18 U.S.C. § 934(d), and 28 U.S.C. § 2461.

The government published, at www.forfeiture.gov for thirty consecutive days, notice of this forfeiture and of the intent of the government to dispose of the forfeited property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1.      That the right, title and interest to all of the hereinafter described property, is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

2.      That the following property belonging to the defendant who is the subject of this Order, is hereby condemned and forfeited to the government in accordance with 18 U.S.C. § 924(d), 18 U.S.C. § 934(d), and 28 U.S.C. § 2461:

Final Order of Forfeiture – Page 1

a. 2019 Black Chevrolet Tahoe (LP: LHK9188), VIN:

1GNSKBKCXKR254715.

3.   No claims have been filed by any party with respect to the forfeiture.

4.   That the forfeited property shall be disposed of by the United States and/or

the custodial agency in such manner as the United States Attorney General may direct.

**So ORDERED and SIGNED this 1st day of June, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture – Page 2